United States District Court
Southern District of Texas
**ENTERED**
September 17, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **TURN2 SPECIALTY COMPANIES LLC** § | |
| § | |
| **Plaintiff,** § | |
| VS. § | CIVIL ACTION NO. 4:23-cv-00531 |
| § | |
| **XL SPECIALTY INS. CO., AND** § | |
| **EVEREST INDEMNITY INS. CO.,** § | |
| **Defendants.** § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Plaintiff's Motion for Partial Summary Judgment against Defendant Everest. (Doc. No. 56.) On June 18th, 2024, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R & R") in this case, recommending that the motion be denied. (Doc. No. 87.) Plaintiff filed its objections on July 2nd and Defendants' filed their response on July 15th. (Doc. Nos. 91 & 92.)

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the portions of the R & R to which the Plaintiff objected. However, the Court agrees with the conclusions, and the reasoning, of the R & R. Accordingly, the Court hereby **ADOPTS** the R & R and **OVERRULES** Plaintiff's objections.

**IT IS SO ORDERED.**

**SIGNED** on this the 16th day of September, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE